[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-15830

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 23, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 01-00137-CV-1-DHB

MINNIE L. SMITH,

Plaintiff-Appellant,

versus

OLIN CORPORATION,
d/b/a Olin Chemicals

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(May 23, 2007)**

Before PRYOR, KRAVITCH and ALARCON,* Circuit Judges.

PER CURIAM:

_____

*Honorable Arthur L. Alarcon, United States Circuit Judge for the Ninth Circuit, sitting by designation.

After careful consideration of the record and the written and oral arguments of the parties, we conclude that summary judgment was properly granted in favor of Olin Corporation.  We affirm based on the well-reasoned opinion of the district court.

**AFFIRMED.**